1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHANNON PLUNK,                                No.  2:15-cv-2500 CKD P

12                  Plaintiff,

13         v.                                       ORDER

14    TULARE COUNTY, et al.,

15                  Defendants.

16

17         Plaintiff, a California prisoner, has filed an action for violation of civil rights action

18    pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights took

19    place in Tulare County, which is part of the Fresno Division of the United States District Court

20    for the Eastern District of California.  See Local Rule 120(d).

21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22    division of a court may, on the court's own motion, be transferred to the proper division of the

23    court.  Therefore, this action will be transferred to the Fresno Division of the court.

24         Good cause appearing, IT IS HEREBY ORDERED that:

25         1. This action is transferred to the United States District Court for the Eastern District of

26    California sitting in Fresno; and

27    /////

28    /////

                                                    1

1        2.  All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

3
United States District Court
Eastern District of California
4
2500 Tulare Street
Fresno, CA 93721

5   Dated:  December 11, 2015

6                                                    _____
CAROLYN K. DELANEY
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11   2/md; plun2500.22

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28