1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

SHANNON PLUNK,

1:15-cv-01855 MJS (PC)

12

Plaintiff,

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF NO. 2); and**

13

v.

14

TULARE COUNTY, et al,

**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY TULARE COUNTY ADULT PRE-TRIAL FACILITY**

15

Defendant.

16
17

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has

18

requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff

19

has made the showing required by § 1915(a) and accordingly, the request to proceed in

20

forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of

21

$350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

22

payments in the amount of twenty percent of the preceding month's income credited to

23

plaintiff's trust account.  **Tulare County Adult Pre-Trial Facility** is required to send to

24

the Clerk of the Court payments from plaintiff's account each time the amount in the

25

account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

26

§ 1915(b)(2).

27

In accordance with the above and good cause appearing therefore, IT IS

28

HEREBY ORDERED that:

1

1

2      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

3      **2.  The Director of the Tulare County Adult Pre-Trial Facility or his**

4  **designee shall collect payments from plaintiff's prison trust account in an**

5  **amount equal to twenty per cent (20%) of the preceding month's income**

6  **credited to the prisoner's trust account and shall forward those payments to**

7  **the Clerk of the Court each time the amount in the account exceeds $10.00,**

8  **in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**

9  **collected and forwarded to the Clerk of the Court.  The payments shall be**

10 **clearly identified by the name and number assigned to this action.**

11     3.  The Clerk of the Court is directed to serve a copy of this order and a copy

12 of plaintiff's in forma pauperis application on the Director of the **Tulare County**

13 **Adult Pre-Trial Facility**, via US Postal Service.

14     4.   The Clerk of the Court is directed to serve a copy of this order on the

15 Financial Department, U.S.  District Court, Eastern District of California,

16 Sacramento Division.

17     5.  Within sixty (60) days of the date of service of this order, plaintiff shall

18 submit a certified copy of his prison trust account statement for the six-month

19 period immediately preceding the filing of the complaint, if plaintiff has not already

20 done so.

21 IT IS SO ORDERED.

22

23  Dated:   December 18, 2015        /s/ *Michael J. Seng*

24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2