UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PLUNK,<br><br>         Plaintiff,<br><br>    v.<br><br>TULARE COUNTY, et al.,<br><br>         Defendants. | Case No.  1:15-cv-01855-MJS (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROVIDE A CURRENT ADDRESS**<br><br>**CLERK TO TERMINATE PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction. (ECF No. 6.) No other parties have appeared in the action.

On April 28, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim and gave Plaintiff leave to amend within thirty days. (ECF No. 10.) On May 11, 2016, the screening order was returned as undeliverable. Plaintiff since has not provided the Court with his current address.

Local Rule 183(b) requires a party proceeding pro se to keep the Court apprised of his current address: "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court

may dismiss the action without prejudice for failure to prosecute." Here, more than sixty-three days have passed without Plaintiff providing the Court with his current address.

Accordingly, the action is HEREBY DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to provide a current address. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   July 19, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE